```
                    U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF TEXAS
                            FILED
                          NOV 18 2009
                    CLERK, U.S. DISTRICT COURT
                    By _____
                              Deputy
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In the Matter of the Search of The property: | § § § CASE NUMBER: 3:09-MJ-403 § § |
| Located at: 1623 Main Street, #804 Dallas, 75201 | § § § **FILED UNDER SEAL** § |

## GOVERNMENT'S MOTION TO SEAL SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENT, RETURN, INVENTORY, MOTION AND ORDER

The United States of America, by and through the United States Attorney for the Northern District of Texas, requests that the Court issue an order sealing the Search Warrant Application, Affidavit, Attachments, Return and Inventory, the government's motion, and the sealing order, and in support of its motion, would show the Court the following:

The search warrant referenced above was issued based on an Affidavit of probable cause. Due to the need to avoid unnecessary publicity concerning the investigation, to prevent harm to any innocent third party and to prevent premature disclosure of an ongoing criminal investigation, the government files its motion to seal the application, warrant, return, inventory, government's motion and sealing order.

WHEREFORE the United States requests that the Search Warrant Application, Affidavit, and Attachments, this Motion, the Search Warrant Return, the Inventory of Search submitted by Federal Bureau of Investigation Special Agent Karla Brainard, and this Court's Order to seal, be filed under seal until further Order of the Court.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8662
Facsimile: 214.767.2846
Email: Camille.Sparks@usdoj.gov

**Motion to Seal - Page 2**