**RETURN**  3:09-MJ-403

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11·27·09 | 11/24/09 9:00ᵃ | In Apt |

**INVENTORY MADE IN THE PRESENCE OF**

Agents of FBI

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

See Attached

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 16 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**CERTIFICATION**

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____
Affiant

Subscribed, sworn to, and returned before me this date.

_____     12/16/09
U.S. Judge or Magistrate              Date

## **ATTACHMENT A**

DESCRIPTION OF LOCATION TO BE SEARCHED

The premises to be searched is **1623 Main Street, Apt. 804, Dallas Texas 75201** (the "SUBJECT PREMISES"). The SUBJECT PREMISES is more particularly described as the historic "Wilson Building" a 12-story apartment building. The premises is located on the south west corner of the intersection of Evary and Main Street in downtown Dallas, Texas. The building front office door is located on Main Street and faces East. Apartment 804 is located on the 8th floor on the south side of the building. The apartment door is brown with a large brass-style door knob. Directly adjacent to the front door are the numbers 804 on a brass and black plate. Apartment 804 is located beside the black service elevators to the parking garage. The SUBJECT PREMISES is located in Dallas County which is within the Northern District of Texas.

## **ATTACHMENT B**

DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

1. Computer(s), computer hardware, computer software, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, P2P software.

3. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8) or to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

Attachment B - Page 1

4. In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), or child erotica.

5. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the operator of [target's e-mail address] by use of the computer or by other means for the purpose of distributing or receiving child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

6. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce by any means, including, but not limited to, by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

7. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache

Attachment B - Page 2

information) concerning the receipt, transmission, or possession of child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

8. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

9. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs

and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

12. Any and all cameras, film, videotapes or other photographic equipment.

13. Any and all visual depictions of minors.

14. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce by any means, including by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

15. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or

**Attachment B - Page 4**

lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

16. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

17. Credit card information, including, but not limited to, bills and payment records.

18. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence.

19. Records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes.

**Attachment B - Page 6**

UNITED STATES DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF INVESTIGATION  
Receipt for Property Received/Returned/Released/Seized

File # 305C-DL-109042

On (date) November 24, 2009

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Monte Albert Melugin  
(Street Address) 1623 Main Street Apt 804  
(City) Dallas TX 75201

Description of Item(s):
1) Power Mac G-3 serial XB90275LFQ2
2) Apple Computer
3) 72 DVD's
4) Maxtor Hard Drive S/N Y3NSHFGE
5) San Disk 32 mB
6) 7 CD's
7) Two 1GB Pieces of Memory KTAMB8QQK2/4G
8) XBOX 360 S/N 639264448 w/ Hard Drive
9) Netgear Wireless Router S/N 1CT484U200587

Nothing Follows

Received By: [Signature] Deborah Michael  
Received From: Left @ Residence (Signature)