# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In the Matter of the Search of § | |
| The Residence located at 1623 Main St. § | |
| Apt. 804, Dallas, Texas 75201, § | CASE NUMBER: 3:09-MJ-403 |
| and computers, digital media and electronic § | |
| communications devices located on § | |
| premises | |

## MOTION TO UNSEAL SEARCH WARRANT

The United States, acting by and through the undersigned United States Attorney for the Northern District of Texas, requests this Court for an Order unsealing the Search Warrant, Application and Affidavit, Attachments, Return and Inventory, filed in this cause on November 18, 2009. The defendant, through his attorney of record, has requested a copy of the search warrant involving his residence. The government intends to turn over the Search Warrant, Application and Affidavit, Attachments, and Return and Inventory to the defense for discovery purposes.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
Camille E. Sparks
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8794
Facsimile: 214.767.2846
E-Mail: Camille.Sparks@usdoj.gov